**Order entered September 20, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00662-CR
No. 05-21-00663-CR

**PHILLIP LYNN SCHWARTZKOPF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause Nos. 001-86990-2020 & 001-86991-2020**

**ORDER**

The reporter's record in these cases is overdue. By letter dated September 15, 2021, we informed the court reporter the record was past due and directed her to file it or written verification appellant had not requested the record or had not paid or made arrangements to pay for the reporter's record. The following day, court reporter Elizabeth Neve Griffin responded and informed the Court that she had provided an estimate of the cost of the reporter's record but had not received payment or had any other communication from appellant.

We **ORDER** appellant to file, within **FIFTEEN DAYS** of the date of this order, written verification he has paid or made arrangements to pay for the reporter's record.  If appellant fails to do so, the Court will take whatever action it deems appropriate including submitting the appeals without a reporter's record. *See* TEX. R. APP. P.37.3(c)..

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE